Argued June 1, affirmed June 1, petition for rehearing denied
June 22, petition for review denied September 6, 1972

STATE OF OREGON, *Respondent, v.* HERBERT
LEE BROWN (No. C-71-10-3166 Cr), *Appellant.*

497 P2d 198

*F. E. Glenn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.